In the Matter of Supplementary Proceedings: LOUIS GOLDBERG, Appellant, v. FRANK BROWN and WANDA WINKIEL, Copartners, Trading under the Firm Name and Style of FRANK BROWN, Respondents.— Order denying motion to extend receivership and to direct payment of judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of FREDERICK E. WEEKS, as Sole Surviving Administrator with the Will Annexed of PHILIPPINA MEYER, Late of the City of White Plains, Deceased. MARGARET P. JOHNSTONE, Appellant; FREDERICK E. WEEKS, as Administrator, etc., of PHILIPPINA MEYER, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs, payable out of the estate, to respondent Frank J. Meyer. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

In the Matter of the Petition of ELLEN MURRAY to Render and Settle Her Intermediate Account as Executrix, etc., of JAMES F. MURRAY, Deceased. ELLEN MURRAY, Executrix, etc., of JAMES F. MURRAY, Appellant; PERCY T. STAPLETON, Respondent.— Order of the Surrogate's Court of Kings county reversed upon the law and the facts, with costs, and claim disallowed, with costs. We are of opinion that there was neither a gift nor an equitable assignment. Lazansky, P. J., Young and Scudder, JJ., concur; Rich and Seeger, JJ., dissent and vote to affirm.

In the Matter of the Application of RICHARD W. OLDFIELD and Others, Individually and as Board of Water Commissioners of the Village of Haverstraw, Rockland County, New York, Appellants, for an Order of Mandamus against JOHN E. COOK and Others, Respondents.— Order denying application for a mandamus order unanimously affirmed, without costs. We sustain this order upon the ground that the board of trustees were under no duty to appoint the petitioners at the time of the annual meeting. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

ABRAHAM JORISCH, Doing Business as UNITY SHOW CASE MANUFACTURING COMPANY, Appellant, v. ADA SILVERSTEIN and BERNARD SILVERSTEIN, as Administrators, etc., of HARRY SILVERSTEIN, Deceased, Respondents.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The complaint was dismissed before plaintiff rested and before an opportunity was given to him to present his case. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.